UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  v.<br>GEORGE OLOTOA,<br><br>      Defendant. | CASE NO. CR14-706-CAS-1<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On June 18, 2018, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on December 15, 2015, February 24, 2016, May 24, 2016, and April 10, 2018. Government counsel, Damaris Diaz, the defendant and his appointed Deputy Federal Public Defender attorney, Christine Yonan, were present. The U.S. Probation Officer, Nora Uhl, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petitions filed on December 15, 2015, February 24, 2016, May 24, 2016, and April 10, 2018. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on April 21, 2005.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of nine (9) months, to be served consecutively with his state sentence in Case No. KA112972. Upon release

///

from imprisonment, defendant shall be placed on supervised release for a period of three (3) years, under the following terms and conditions, as follows:

- Upon release from imprisonment, defendant shall reside at and participate in an approved inpatient drug and alcohol program approved by the U. S. Probation Office for a period of six (6) months, until discharged by the Program Director;
- The offender shall comply with the rules and regulations of the United States Probation Office and General Order 05-02, with the standard conditions 5, 6, and 14 modified by this Court as included below;
- The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from custody and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer;
- The defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath and/or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision;
- During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the United States Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer;
- The offender shall participate in mental health treatment, which may include evaluation and counseling, until discharged from the treatment by the treatment provider, with the approval of the Probation Officer;
- The offender shall submit to a search, at any time, with or without warrant, and by any law enforcement or Probation Officer, of the offender's person and any property,

house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects upon reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the offender, and by any Probation Officer in the lawful discharge of the officer's supervision functions;
- [Standard Condition 5] The defendant shall support his or her dependents;
- [Standard Condition 6] The defendant shall work at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
- [Standard Condition 14] As directed by the probation officer, the defendant shall notify specific persons of the defendant's criminal record, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement; and,
- As directed by the probation officer, the defendant shall notify specific persons and organizations of specific risks and shall permit the probation officer to confirm the defendant's compliance with such requirement and to make such notifications;

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   June 18, 2018

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By:___/S/_____
      Catherine M. Jeang, Deputy Clerk